UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25CR 60142

USA                Plaintiff(s),

vs.

Christian Cruz        Defendant(s).
_____/

**RELEASE OF EXHIBITS**

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversize records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in: ☐ Miami ☐ FTL ☐ WPB

☒ Other (Explain): Paper records, digital records

☒ Attachments
  (Exhibit list, Order of Court)

Exhibits Released by:

C. Barnes-Butler
(Deputy Clerk)

Signature: _____
Print Name: Sterling M. Paulson
Agency or Firm: USAO-SDFL
Address: 99 NE 4th St
         Miami, FL 33132
Telephone: (786) 360-9811
Date: 1/21/2026

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record